UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EVELYN BALGOS, et al, ) | Case No.: 12-4035 PSG |
| Plaintiffs, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| AMERICAN BROKERS CONDUIT, et al, ) | |
| Defendants. ) | |

On October 16, 2012, Plaintiffs Evelyn Balgos, et al, ("Plaintiffs") failed to appear at a case management conference hearing or to file a case management statement. It also appears from the docket that no defendants have been served.

IT IS HEREBY ORDERED that no later than November 16, 2012, Plaintiffs shall file a declaration showing cause, if any, why this case should not be dismissed for failure to prosecute.[1]

Dated: October 16, 2012

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Fed. R. Civ. P. 41(b).

ORDER, *page 1*